Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation; NINA FOOTWEAR CORP. dba NINA SHOES, a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-06925-BRO (ASx)<br><br>**ORDER DISMISSING DEFENDANT TARGET CORPORATION WITH PREJUDICE**<br><br>**Hon. Beverly Reid O'Connell** |

IT IS HEREBY ORDERED that this entire action, and all of the claims asserted therein, be dismissed with prejudice against Defendant Target Corporation pursuant to Fed.R.Civ.P. 41(a). Each party shall bear their own attorneys' fees and costs associated with this action.

Dismissal with prejudice of Deckers' claims against Defendant Target Corporation shall not have preclusive effect on those who are not specifically released herein, all claims against whom Plaintiff expressly reserves. For the avoidance of doubt, dismissal of Defendant Target Corporation shall have no affect on Plaintiff's remaining claims against Defendant Nina Footwear Corp. dba Nina Shoes.

IT IS SO ORDERED.

DATED: June 29, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge